FILED

2009 Oct-26  AM 10:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

CHARLES E. FEAGIN,

_____PLAINTIFF,

vs.                                          CASE NO. CV 09-J-1078-S

CHASE BANK USA, N.A., et al.,

      DEFENDANTS.

### ORDER

This case comes before the court on the plaintiff's failure to comply with the court's Order of October 21, 2009.  The plaintiff previously having been informed that failure to respond to the outstanding discovery would result in this case being dismissed, and no responses having been forthcoming,

It is therefore **ORDERED** by the court that this case is **DISMISSED** due to the plaintiff's failure to prosecute.

**DONE** and **ORDERED** this the 26th  day of October, 2009.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE